UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BEULAH McLEOD,

                Plaintiff,                **ORDER**

                - against -             16-CV-1616 (WFK)(CLP)

ASSET RECOVERY SOLUTIONS,

                Defendant.
------------------------------------------------------------X
BEULAH McLEOD,

                Plaintiff,            16-CV-1617 (WFK)(CLP)

                - against -

EOS CCA,

                Defendant.
------------------------------------------------------------X
BEULAH McLEOD,

                Plaintiff,            16-CV-1670 (WFK)(CLP)

                - against -

PREMIER BANK CARD,

                Defendant.
------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

*Pro se* plaintiff Plaintiff's requests to proceed *in forma pauperis* are granted. The three complaints are hereby dismissed, but Plaintiff is granted leave to submit amended complaints within thirty (30) days of the date of this Order.

On March 30, 2016 and April 4, 2016, plaintiff Beulah McLeod filed the above-captioned *pro se* actions alleges violations of the Fair Credit Reporting Act ("FCRA" or "the Act"), 15 U.S.C. § 1681, *et seq.* By order entered August 26, 2016, the Court granted plaintiff's

requests to proceed *in forma pauperis*, dismissed the three complaints, and granted plaintiff leave to file amended complaints within 30 days. Plaintiff was warned that if she did not file timely amended complaints, the actions would be dismissed. More than 30 days have elapsed, and plaintiff has not submitted an amended complaint in any of the three actions.

Accordingly, the above-captioned civil actions are hereby dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. The Clerk of Court is directed to enter judgment and close these cases.

SO ORDERED.

                                                    s/William F. Kuntz, II
                                                    WILLIAM F. KUNTZ, II
                                                    United States District Judge

Dated: Brooklyn, New York
       October 6, 2016